THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
PETER P. DANZILO, Appellant.

Submitted October 11, 1937; decided November 16, 1937.

*John L. Danzilo* and *James C. Danzilo* for appellant.
*William F. X. Geoghan, District Attorney (Harry S. Sullivan* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.